# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# (EASTERN DIVISION)

| | |
|---|---|
| **In re:** <br><br> **LINDSAY LAMPASONA, LLC,** <br><br> Debtor. | **Chapter 7** <br> **Case No. 11-19747-JNF** |
| **LYNNE F. RILEY, CHAPTER 7 TRUSTEE,** <br>      Plaintiff, <br><br> v. <br><br> **J.W. LINDSAY ENTERPRISES, LTD., PATRICK F. LAMPASONA, JR., DEVIN T. HARTNELL, S. ERNEST PORTER, BENJAMIN J. STOKDIJK, CORY T. BELL, KIRBY J. PUTNAM, LAURENCE J. SMITH, JOHN C. KELLY, RYKOR CONCRETE & CIVIL, INC., AMERICAN EXPRESS COMPANY, BANK OF AMERICA CORPORATION, CHASE BANK USA, N.A., STEVEN HETZEL and LYNN HETZEL,** <br>      Defendants. | **Adversary Proceeding** <br> **Case No. 13-01404** |

## CORPORATE DISCLOSURE STATEMENT PURSUANT TO
## FED. R. BANKR. P. 7007.1 FOR DEFENDANT, RYKOR CONCRETE & CIVIL, INC.

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, the defendant Rykor Concrete & Civil, Inc. hereby certifies that no corporation directly or indirectly owns 10% or more of any class of its equity interests.

{Practice Areas/CORP/25087/00001/A2474028.DOC}

                        **RYKOR CONCRETE & CIVIL, INC.**

                        By their attorneys,

                        /s/ Paul W. Carey
                        Paul W. Carey, Esq., BBO #566865
                        Mirick, O'Connell, DeMallie & Lougee, LLP
                        100 Front Street
                        Worcester, MA 01608
                        Phone: 508.898.1501
                        Fax:    508.898.1502

Dated: December 30, 2013

## CERTIFICATE OF SERVICE

I, Paul W. Carey, hereby certify that on the 30th day of December, 2013, I caused true copies of the foregoing document to be served via ECF on those parties who have registered to receive notices in the above-captioned case pursuant to this Court's ECF Case Management System.

                        /s/ Paul W. Carey
                        Paul W. Carey, Esq.